James Bopp, Jr. (Ind. State Bar No. 2838-84)
Richard E. Coleson (Ind. State Bar No. 11527-70)
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, Indiana 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685

Tahnya Ballard (Cal. State Bar No. 133169)
P.O. Box 1266
Rancho Cordova, CA 95741
Telephone: (916) 635-9805
Facsimile: (916) 313-3700
*Attorneys for Plaintiff, California Pro-Life Council, Inc.*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA PRO-LIFE COUNCIL, INC.,<br>*Plaintiff,*<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chairman of the Fair Political Practices Commission, et al.<br>*Defendants.* | No. Civ. S-00-1698-FCD/GGH<br><br>**STIPULATION AND ORDER FOR CONTINUANCE**<br><br>Hearing: May 23, 2008<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr.<br>Courtroom: No. 2, 15th Floor |
|---|---|

Because James Bopp, Jr., lead counsel for Plaintiff, is scheduled to argue before the United States Court of Appeals for the Eleventh Circuit on May 23, 2008, the present date of the hearing for Plaintiff's Motion for Attorneys' Fees and Expenses, Plaintiff California Pro-Life Council Inc. and defendants Liane Randolf, in her official capacity as the Chairman of the Fair Political Practices Commission, et al., hereby stipulate as follows:

> The hearing on Plaintiff's Motion for Attorneys' Fees and Expenses be continued until August 8, 2008.
>
> Defendants agree to the continuance under the condition that Plaintiff's reply in support of its Motion for Attorneys' Fees be filed on May 16.

Mr. Bopp also requests leave to participate in the hearing by telephone, and counsel for the Defendants do not object.

**STIPULATION AND ORDER FOR CONTINUANCE**

| | |
|---|---|
| Date: May 14, 2008 | BOPP, COLESON & BOSTROM<br>James Bopp, Jr. (Ind. Bar #2838-84)<br>Richard E. Coleson (Ind. Bar #11527-70)<br>Jeffrey P. Gallant (Va. Bar #46878)<br>Tahnya Ballard (Cal. Bar No. 133169)<br><br>By:   /s/ Jeffrey P. Gallant<br><br>**Attorneys for Plaintiff California Pro-Life Council, Inc.** |
| Date: May 14, 2008 | FAIR POLITICAL PRACTICES COMMISSION<br>Scott Hallabrin, General Counsel<br>Lawrence T. Woodlock, Senior Commission Counsel<br>Heather M. Rowan, Commission Counsel<br><br>By:   /s/ Lawrence T. Woodlock<br><br>**Attorneys for Fair Political Practices Commission Defendants** |
| Date: May 14, 2008 | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>CHRISTOPHER E. KREUGER<br>Senior Assistant Attorney General<br>DOUGLAS J. WOODS<br>Supervising Deputy Attorney General<br>SETH E. GOLDSTEIN<br>Deputy Attorney General<br><br>By:    /s/ Seth E. Goldstein<br><br>**Attorneys for the California Attorney General** |

**STIPULATION AND ORDER FOR CONTINUANCE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PRO-LIFE COUNCIL, INC.,<br>*Plaintiff,*<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chairman of the Fair Political Practices Commission, et al.<br>*Defendants.* | No. Civ. S-00-1698-FCD/GGH<br><br>**ORDER FOR CONTINUANCE**<br><br>Hearing: Aug. 8, 2008<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr.<br>Courtroom: No. 2, 15th Floor |

    The parties' stipulated request that the hearing of Plaintiff's Motion for Attorneys' Fees be continued is hereby GRANTED. The hearing is continued to August 8, 2008.

    DATED: May 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE